PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:00CR00296-03** |
| ) | |
| **TIMOTHY ANDREW ELLIOTT** ) | |

On October 16, 2002, the above-named was placed on Supervised Release for a period of 5 years. Mr. Elliott has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Jeffrey C. Oestreicher

**JEFFREY C. OESTREICHER
United States Probation Officer**

Dated:   May 8, 2008
         Redding, California


                    /s/ Richard A. Ertola
**REVIEWED BY:** _____
               **RICHARD A. ERTOLA
               Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **ELLIOTT, TIMOTHY ANDREW**
**Docket Number:   2:00CR00296-03**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

|   |   |
|---|---|
| 5/23/2008 | /s/ John A. Mendez |
| **Date** | **HONORABLE JOHN A. MENDEZ** |
|   | **United States District Judge** |

Attachment:   Recommendation
cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office