PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:00CR00296-03** |
| | ) | |
| **TIMOTHY ANDREW ELLIOTT** | ) | |
| | ) | |

On October 16, 2002, the above-named was placed on Supervised Release for a period of 5 years.  Mr. Elliott has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Jeffrey C. Oestreicher

**JEFFREY C. OESTREICHER**
**United States Probation Officer**

Dated:        May 8, 2008
              Redding, California

                    /s/ Richard A. Ertola

**REVIEWED BY:** _____

              **RICHARD A. ERTOLA**
              **Supervising United States Probation Officer**

**Re:   ELLIOTT, TIMOTHY ANDREW**
**Docket Number:   2:00CR00296-03**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.


  5/23/2008                                                    /s/ John A. Mendez
**Date**                                          **HONORABLE JOHN A. MENDEZ**
                                                   **United States District Judge**


Attachment:   Recommendation
cc:     United States Attorney's Office
          FLU Unit, AUSA's Office
          Fiscal Clerk, Clerk's Office